**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:24-cv-23301-CMA

CARLOS BRITO,

Plaintiff,

v.

TROPICAL PARK PLAZA C-REV, LLC;
THREE KINGS ON 135TH, LLC;
TORINO ITALIAN RESTAURANT, INC.
D/B/A IL BAMBINO RISTORANTE; AND
TROPICAL CHINESE RESTAURANT CORP.
D/B/A TROPICAL CHINESE RESTAURANT,

Defendants.
_______________________________________/

**JOINT NOTICE OF SETTLEMENT**

Plaintiff, CARLOS BRITO, and Defendants, TROPICAL PARK PLAZA C-REV, LLC, THREE KINGS ON 135TH, LLC, TORINO ITALIAN RESTAURANT, INC., D/B/A IL BAMBINO RISTORANTE; AND TROPICAL CHINESE RESTAURANT CORP., D/B/A TROPICAL CHINESE RESTAURANT, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case. The Parties will file a Stipulation dismissing this Action with prejudice no later than thirty (30) days from the date of this Notice. Accordingly, the Parties respectfully request that the Court vacate all currently set dates and deadlines.

Respectfully submitted this January 14, 2025.

By: _/s/_Ramon J. Diego
RAMON J. DIEGO
Florida Bar No.: 689203

**THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
5001 SW 74th Court, Suite 103
Miami, FL, 33155
Telephone: (305) 350-3103
Primary E-Mail: rdiego@lawgmp.com
Secondary E-Mail: ramon@rjdiegolaw.com
*Co-Counsel for Plaintiff*

By:_/s/ Beverly Virues
BEVERLY VIRUES
Florida Bar No.: 123713
ARMANDO MEJIAS
Florida Bar No.: 1045152

**GARCIA-MENOCAL, P.L.**
350 Sevilla Avenue, Suite 200
Coral Gables, FL, 33134
Telephone: 305-553-3464
Fax: (855) 205-6904
Primary E-Mail: bvirues@lawgmp.com
Secondary E-Mails: amejias@lawgmp.com
aquezada@lawgmp.com.
*Co-Counsel for Plaintiff*

*By: /s/ Jorge Luis Fors*
JORGE LUIS FORS
Florida Bar No.: 93575

**JORGE L. FORS, P.A.**
1108 Ponce De Leon Boulevard
Coral Gables, FL 33134
305-448-5977
Fax: 446-1898
Email: info@forslegal.com
*Counsel for Defendants, TROPICAL PARK PLAZA C-REV, LLC. and THREE KINGS ON 135TH, LLC*

*By: /s/ Daniel R. Levine*
DANIEL R. LEVINE
Florida Bar No.: 57861
ROBIN I. FRANK
Florida Bar No.: 649619

**PADULA BENNARDO LEVINE, LLP**
3837 NW Boca Raton Blvd.
Suite 200
Boca Raton, FL 33431
561-544-8900
Fax: 561-544-8999
Email: DRL@PBL-Law.com
*Counsel for Defendant, TORINO ITALIAN RESTAURANT, INC.*

*By: /s/ Daniel Keith Bandklayder*
DANIEL KEITH BANDKLAYDER
Florida Bar No.: 286265

**DANIEL K. BANDKLAYDER, P.A.**
9350 South Dixie Highway
Suite 1560
Miami, FL 33156-2944
305-670-0242
Fax: 305-670-0211
Email: danb@dkb-law.com

*Counsel for Defendant, TROPICAL CHINESE RESTAURANT CORP.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this January 14, 2025.

Respectfully submitted,

**THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
*Attorneys for Plaintiff*
5001 SW 74th Court, Suite 103
Miami, FL, 33155
Telephone: (305) 350-3103
Primary E-Mail: rdiego@lawgmp.com
Secondary E-Mail: ramon@rjdiegolaw.com

By: _/s/_*Ramon J. Diego*______
RAMON J. DIEGO